No appearance for defendants.

---

## VAN SLYKE v. WISCONSIN.
### BAGNALL v. SAME.

ERROR TO THE SUPREME COURT OF THE STATE OF WISCONSIN.

Nos. 261 and 262.   Argued November 15, 1871. — Decided November 27, 1871.

The right of a State to tax shares of stockholders in national banking associations within its limits is affirmed.

Mr. Chief Justice Chase delivered the opinion of the court.

The judgment of the Supreme Court of the State of Wisconsin, which asserts the right of that State to tax the shares of stockholders in national banking associations within its limits, is affirmed. The case before us is governed by the cases of *National Bank* v. *Commonwealth*, 9 Wall. 353, in which this court affirmed the judgment of the Court of Appeals of Kentucky, and *Lionberger* v. *Rouse*, 9 Wall. 468, in which we affirmed the judgment of the Supreme Court of Missouri on questions substantially the same as those in this case. We think it unnecessary to restate the reasons by which those decisions were sustained. *Affirmed.*

*Mr. S. U. Pinney* for plaintiffs in error.

*Mr. S. S. Barlow* and *P. L. Spooner* for defendant in error.